IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TRACY SNELL                                                                    PLAINTIFF


v.                                          Civil No. 4:21-cv-04029


KILOLO KIJAKAZI,
Acting Commissioner, Social Security                                DEFENDANT
Administration


## ORDER AND JUDGMENT

Before the Court is the Report and Recommendation filed November 29, 2021, by the
Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.
(ECF No. 19).  Judge Bryant recommends that the Court grant Defendant's Unopposed Motion to
Reverse and Remand.  (ECF No. 18).

Judge Bryant states that Plaintiff does not oppose the Motion.  Moreover, Plaintiff has not
filed objections to the Report and Recommendation, and the time to do so has passed.  *See* 28
U.S.C. § 636(b)(1).  Being well and sufficiently advised and finding no clear error on the face of
the record, the Court adopts the Report and Recommendation (ECF No. 19) *in toto*.  Defendant's
Unopposed Motion to Reverse and Remand (ECF No. 18) is **GRANTED**.  Judgment is hereby
entered in favor of Plaintiff, and the decision of the Commissioner of Social Security in this matter
is **REVERSED**.  This matter is hereby **REMANDED** to the Commissioner of Social Security for
further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

If Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access
to Justice Act (EAJA), 28 U.S.C. § 2412, an application may be filed up to thirty (30) days after
the judgment becomes "not appealable" (i.e., thirty (30) days after the sixty (60) day time for

appeal has ended). *See Shalala v. Schaefer*, 509 U.S. 292, 296, 113 S. Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B), (d)(2)(G).

**IT IS SO ORDERED**, this 5th day of January, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge